# United States District Court

WESTERN DISTRICT OF WASHINGTON

JESSIE BRADBERRY,

   Plaintiff,

  v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

   Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C10-5272KLS

☐  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

√  **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT the ALJ properly concluded plaintiff was not disabled and therefore affirms the ALJ's decision.

| February 17, 2011 | WILLIAM M. McCOOL |
|---|---|
| | Clerk |
| | *Traci Whiteley* |
| | By Traci Whiteley, Deputy Clerk |